1  CAROL C. LAM
   United States Attorney
2  JOHN R. KRAEMER
   Assistant U.S. Attorney
3  California Bar Number 110756
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-2934

6  Attorneys for Plaintiff
   United States of America

**FILED**

OCT 1 8 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06CR1509-BEN |
| Plaintiff, ) | JUDGMENT ON DEFAULT |
| v. ) | |
| MIGUEL ANGEL CINTORA-PARRILLA, ) | |
| Defendant. ) | |

Defendant MIGUEL ANGEL CINTORA-PARRILLA, failed to appear on June 27, 2006 and answer the charge of the plaintiff, United States of America, against him. Therefore, the bond posted in the above-entitled matter on June 22, 2006 was and is forfeited. A motion for judgment on default was made by plaintiff, United States of America, by and through its attorneys above-named, and after due notice of said motion having been served on all parties herein, including the clerk of the court as agent for the obligors on the bond;

//
//
//
//
//
//
//
//

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recovers from defendant MIGUEL ANGEL CINTORA-PARRILLA, and the sureties ANGEL A. CINTORA AND PATRICIA PARRILLA CINTORA, judgment in the sum of $425,000. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full. |

DATED: 10/18/06

UNITED STATES DISTRICT JUDGE