

FILED
OCT 1 2 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 06CR01509-BEN |
|---|---|
| Plaintiff, | ) **ORDER** |
| v. | ) |
| MIGUEL ANGEL CINTORA-PARRILLA, | ) |
| Defendant. | ) |

This matter comes before the Court on the United States' motion to dismiss the indictment and request to recall the arrest warrant.

IT IS HEREBY ORDERED that the indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant be recalled.

DATED: 10/11/2018

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE